Opinion issued January 27, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00909-CV

———————————

IN RE The Cadle Company, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relator, The Cadle Company, sought relief from the trial court’s order denying
a motion to quash a subpoena.  On January
14, 2011, relator moved to dismiss the petition for writ of mandamus, stating
that relator no longer desires to pursue mandamus relief.[1]  No opinion has issued.

          Accordingly, we grant relator’s
motion, and the petition for writ of mandamus is dismissed.  

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying case is The Cadle Company v. Roy H. Bray, No.
579,602-801 in the County Court at Law No. 1 of Harris County, Texas, the
Honorable Jack Cagle presiding.